1393  CITY OF BIG RAPIDS vs. BOARD OF SUPERVISORS (Mecosta), No. 13704, 99 M., 351.  (Error to Mecosta.)

To compel respondent to pay a certain sewer tax assessed against county property, consisting of the court house and jail.

The circuit judge denied the writ.  Affirmed March 20, 1894, with costs.

Held, that there is no statute authorizing a tax upon the property of the county.

The writ of error was issued in this case prior to the adoption of Supreme Court Rule No. 12 (old Rule No. 65), which provides for the review of such an order by certiorari.

1394  COLBY vs. TOWNSHIP BOARD (Woodhull), 14 M., 27.

To compel allowance of claim under Laws of 1865, p. 271, providing for the payment of bounties to volunteers.

Denied November 11, 1865.

Held, that the act only authorized the refunding of moneys raised, advanced or contributed for certain purposes, and that the petition did not bring the claim presented within the act.